# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

135123
135124
135125

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA D. WYATT, Successor
Personal Representative of the Estate
of William Nolan Wyatt, Deceased,
       Plaintiff-Appellant,

v

SC: 135123, 135124, 135125
COA: 263370, 263372, 263375
Wayne CC: 04-402043-NH

OAKWOOD HOSPITAL AND
MEDICAL CENTERS, a/k/a OAKWOOD
HEALTHCARE, INC., PARVEZ KAHN, M.D.,
and THOMAS AUSTIN CHAPEL,
M.D.,
       Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the September 11, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the order of the Wayne Circuit Court denying the defendants' motions for summary disposition because the plaintiff's predecessor is within the class of plaintiffs identified in this Court's order in *Mullins v St Joseph Mercy Hospital* (Docket No. 131879), 480 Mich 948 (decided 11/28/07). We REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with this order and the order in *Mullins*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

Clerk

l0211